# United States Court of Appeals for the Federal Circuit

---

April 20, 2026

**ERRATA**

---

Appeal No. 2025-1934

**SAMUEL SACKEY,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

Decided: April 16, 2026
Nonprecedential Opinion

---

Please make the following change:

On page 5, line 17, change "Mr. Miller" to "Mr. Sackey"